# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT CHATTANOOGA

| | |
|---|---|
| KAREN YATES, | ) |
| *Plaintiff*, | ) |
| | ) Case No. 1:19-cv-108 |
| v. | ) |
| | ) District Judge Atchley |
| COMMUNITY OPTIONS, INC., | ) Magistrate Judge Lee |
| *Defendant*. | ) |

## ORDER

Before the Court is a Joint Motion to Dismiss. [Doc. 15]. Pursuant to a settlement agreement, the parties agree that Plaintiff's Complaint should be dismissed with prejudice, with each party to bear their own costs. [*Id*.].

Accordingly, the Joint Motion to Dismiss [Doc. 15] is **GRANTED**. It is hereby **ORDERED** that Plaintiff's Complaint is dismissed with prejudice and that each party shall bear their own costs.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY JR.**
**UNITED STATES DISTRICT JUDGE**